FILED
CLERK, U.S. DISTRICT COURT
12/15/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>STEVE JAIMES,<br><br>　　　　Defendant. | No. 2:24-CR-00745-JWH<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl] |

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about March 16, 2023, in Los Angeles County, within the Central District of California, defendant STEVE JAIMES knowingly and

//

//

//

intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (also known as "fentanyl"), a Schedule II narcotic drug controlled substance.

E. MARTIN ESTRADA
United States Attorney

*/s/ David Ryan*

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

DAVID C. LACHMAN
Assistant United States Attorney
Terrorism and Export Crimes Section